Appeal of Pennsylvania House Republican Caucus,
Intervenor.

No. 116 MAP 2001.

Supreme Court of Pennsylvania.

May 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of May, 2002, the order of the Commonwealth Court is affirmed.

UPPER GWYNEDD TOWNSHIP,
Appellant,

v.

UPPER GWYNEDD TOWNSHIP
POLICE ASSOCIATION,
Appellee.

Supreme Court of Pennsylvania.

Argued May 15, 2002.
Decided May 31, 2002.

*ORDER*

PER CURIAM

The Order of the Commonwealth Court is affirmed.